# EXHIBIT A

# CLERK OF BOONE COUNTY

212 Courthouse Square   Lebanon, IN 46052   Phone: (765) 482-3510   Fax: (765) 485-0150

April 25, 2023

BANK OF AMERICA, N.A.
c/o Lloyd & McDaniel PLC
PO Box 23200
Louisville KY  40223

Re:   BANK OF AMERICA, N.A.  v.  ZAINAB RIZVI

Dear BANK OF AMERICA, N.A.:

We are showing your ordered Judgment has been paid in full. The payer is ZAINAB RIZVI, the cause number for this claim is 06D01-2107-CC-000875.

If your records indicate that there is still a balance remaining, please forward a statement to our office showing the principal and interest break down still owing. If you agree with our balance please file the proper paperwork, to cease garnishment proceedings, if applicable, and release the judgment of record.

**Please note that according the Trial Rule 58 that upon payment in full, including accrued interest, the clerk shall notify the judgment creditor that the judgment should be satisfied/released. If the judgment creditor does not agree that the judgment should be satisfied/released, the judgment creditor shall, within 30 days of the date of the issuance of the Notice, file a verified objection. If the judgment creditor does not file an objection or a satisfaction/release of judgment, the judgment shall be deemed satisfied/released and the Clerk shall note the satisfaction/release of judgment of the Chronological Case Summary and on the Judgment Docket.**

Should you have any questions, please feel free to call the Boone County Clerk's Office.

Sincerely,

*Lisa L. Bruder*

Lisa Bruder, Clerk
(765) 482-3510