# EXHIBIT B

| | | 9876 |
|---|---|---|
| **CLERK OF BOONE CIRCUIT AND SUPERIOR COURTS**<br>212 COURTHOUSE SQUARE<br>LEBANON, IN 46052<br>(765) 482-3510 | **Huntington**<br>20-7/740 | |

PAY TO THE ORDER OF   **ZAINAB RIZVI**          $   05/23/2023   54.85   DOLLAR

Fifty-four and 85/100 ***************************************************************************************

THIS CHECK IS VOID 6 MONTHS AFTER DATE OF ISSUE

MEMO                                    *Lisa L. Bender*
                                        AUTHORIZED SIGNATURE

⑈⁰⁰⁰⁹⁸⁷⁶⁶⑈ ⑆⁰⁷⁴⁰⁰⁰⁰⁷⁸⑆ ⁰¹⁴⁰⁹⁷⁰⁰⁶⁷⁰⑈

---

CLERK OF BOONE CIRCUIT AND SUPERIOR COURTS                                    9876

| 05/23/2023 | Pay To: | ZAINAB RIZVI | | $54.85 |
|---|---|---|---|---|
| **Case Number** | | **Case Style** | | **Amount** |
| 06D01-2107-CC-000875 | | BANK OF AMERICA, N.A. v. ZAINAB RIZVI | | $54.85 |

ZAINAB RIZVI
5810 HEMLCOK DR
WHITESTOWN, IN 46075