# EXHIBIT C



**LLOYD & McDANIEL**

A Professional Limited Liability Company
P.O. Box 23200, Louisville, KY 40223 • 700 N. Hurstbourne Pkwy, Ste 200, Louisville, KY 40222
Fax: 502.585.3054 • Toll Free: 866.585.1880
Business Hours: Monday – Friday, 8:30 A.M. – 5:30 P.M. Eastern Time
This communication is from a debt collector.
This letter is an attempt to collect a debt and any information obtained will be used for that purpose.
All calls to or from Lloyd & McDaniel, PLC are recorded.



August 1, 2023

Amazon.com: Corporate Headquarters
Attention: Payroll
207 Boren Ave N
Seattle, WA, 98109

Re: Our File No.: 500780
Case No.: 06D01-2107-CC-000875
Bank of America
Vs: ZAINAB RIZVI
$1,066.48

To whom it may concern:

We have not received further garnishment distributions from you. If the Defendant, Zainab Rizvi, \*\*\*-\*\*-0272, is no longer employed or if wages are too low for a remit, please send written notice to that effect. Be advised that the Garnishment is a Court Order and should be answered accordingly. Please contact us at (866) 585-1880 if you have any questions or problems concerning the garnishment.

Thank you for your cooperation in this matter.

Yours truly,

LLOYD & MCDANIEL, PLC

This account is issued and administered by Bank of America, N.A., successor in interest to FIA Card Services, N.A.